# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTORNEYS AT LAW

570 BROAD STREET
SUITE 1500
NEWARK, NEW JERSEY 07102
(973) 622-7711
FACSIMILE (973) 622-5314

JANET NAGOTKO
Direct dial:  (973) 565-2052
jnagotko@mdmc-law.com

November 20, 2020

**Via ECF**
Clerk of the Court
United States District Court – SDNY
500 Pearl Street
New York, New York 10007

   **Re:**   **Neil Sayegh a/k/a Nayel Sayegh v. Unum Group, Sun Life Financial (U.S.) Services Company, Inc., and Berkshire Life Insurance Company of America**
      **Docket No.: 20-cv-09741**

Dear Clerk of Court:

  We represent defendants Unum Group and Berkshire Life Insurance Company of America ("Removing Defendants") in the above matter.  Yesterday we filed a removal petition to remove a state court action from the Supreme Court of the State of New York, County of New York, bearing Index No. 65912/2020 to the SDNY; however we had a problem upon our first attempt to file the documents and the e-filing system automatically generated docket number 20-cv-09741. We then logged back in and were able to successfully file the removal documents however; a new docket number was created for the action bearing docket number 20-cv-09743. We then received two error rejection notices this morning related to our first attempt under docket number 20-cv-09741. Please *abandon/delete* docket number 20-cv-09741 from the system as the removal documents have been properly filed under docket number 20-cv-09743.

  Thank you for your kind courtesy and assistance.  Please do not hesitate to contact me with any questions.

           Very truly yours,

         MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

           */s/Janet Nagotko*
           Janet Nagotko, Esq.

cc: Louis Di Giaimo, Esq. (ECF)

#4360683